# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWAD AKPAN,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>　　　　　　　　　Defendant. | Case No.: 19-CV-0398 W (MDD)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 50]** |

　　The joint motion to dismiss is **GRANTED** and **IT IS HEREBY ORDERED** that Swad Akpan's complaint and claims for relief against Target Corporation are **DISMISSED** with prejudice.

　　With the consent of the parties, Magistrate Judge Dembin will retain jurisdiction over the parties and the matter until July 31, 2021, for the purpose of enforcing the terms of the settlement between the parties.

　　**IT IS SO ORDERED.**

Dated:  August 6, 2020

_____
Hon. Thomas J. Whelan
United States District Judge

1

19-CV-0398 W (MDD)